**UNITED STATES DISTRICT COURT**
Western District of Kentucky
Louisville Division

| | |
|---|---|
| Jonathan Rusher )<br>*Plaintiff* )<br>  )<br>v. )<br>  )<br>Equifax Information Services, LLC )<br>  *Defendant* )<br>  ) | No.   3:25-cv-00344-GNS |

## **NOTICE OF SETTLEMENT AS TO DEFENDANT CREDIT ACCEPTANCE CORP. ONLY**

Please take notice that Plaintiff has reached a settlement with Defendant Credit Acceptance Corp. Plaintiff requests forty-five (45) days to finalize the settlement documents and to file a dismissal without prejudice with the Court. This notice of settlement does not, and is not intended to affect, Plaintiff's claims against any other defendant in this action.

Respectfully submitted,

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@lawsonatlaw.com
*Counsel for Plaintiff Latoria Conn*