IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **JOHNATHAN RUSHER,** | ) |
| **Plaintiff,** | ) ) ) ) |
| v. | ) ) ) |
| **CREDIT ACCEPTANCE CORPORATION; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,** | ) ) ) ) ) **CASE NUMBER: 3:25-CV-00344-GNS** |
| **Defendants.** | ) ) ) ) |

**AGREED ORDER**

Plaintiff, Johnathan Rusher ("Plaintiff"), and Defendant, Credit Acceptance Corporation ("Credit Acceptance"), by and through their undersigned counsel, hereby agree that Plaintiff will dismiss all of his claims against Credit Acceptance *with prejudice*.

IT IS THEREFORE **ORDERED**, **ADJUDGED**, AND **DECREED** that this action is hereby dismissed in its entirety against Credit Acceptance, *with prejudice*, and with each party to bear its own fees and costs.

SO ORDERED, this: November 3, 2025

Greg N. Stivers, Chief Judge
United States District Court

63380613 v1

**SUBMITTED BY:**

*/s/ Reid S. Manley*
Reid S. Manley
Kentucky Bar No. 90360
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rmanley@burr.com
*Attorney for Defendant*
*Credit Acceptance Corporation*

*/s/ James H. Lawson (with permission)*
James H. Lawson
Kentucky Bar No. 86930
LAWSON AT LAW, PLLC
P.O. Box 1286
Shelbyville, KY 40066
Phone: (502) 473-6525
Fax: (502) 473-6561
james@lawsonatlaw.com
*Attorney for Plaintiff*
*Johnathan Rusher*